In the Matter of FIFTH MADISON CORPORATION, Landlord, Appellant and Respondent. J. B. DOBLIN, INC., et al., Tenants, Respondents and Appellants.

Submitted May 15, 1950; decided May 26, 1950.

*Peter Forrest* for motion to dismiss cross appeal and in opposition to motion for an order permitting cross appeal to be heard on one typewritten copy of the notice of appeal.

*John E. Donnelly* for motion for an order permitting the cross appeal to be heard on one typewritten copy of the notice of appeal and in opposition to motion to dismiss cross appeal.

Motion for an order permitting the cross appeal of respondents to be heard on one typewritten copy of the notice of appeal to be included in the return to be filed by the petitioner appellant herein, granted. Cross motion to dismiss the cross appeal of the respondents, denied with leave to renew upon the argument.